**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                                  (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Premium Transportation Services, Inc. | |
| **2. All other names debtor used in the last 8 years** | Total Transportation Services, Inc. | |
| Include any assumed names, trade names, and *doing business as* names | | |
| **3. Debtor's Federal Employer Identification Number** (EIN) | 10-0003417 | |
| **4. Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | 18735 South Ferris Place | |
| | Number    Street | Number    Street |
| | | P.O. Box |
| | Rancho Dominguez    CA    90220 | |
| | City    State    ZIP Code | City    State    ZIP Code |
| | | **Location of principal assets, if different from principal place of business** |
| | Los Angeles | |
| | County | Number    Street |
| | | City    State    ZIP Code |
| **5. Debtor's website** (URL) | http://www.TTS-I.com | |
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

| | | | |
|---|---|---|---|
| Debtor | Premium Transportation Services, Inc. | Case number (if known) | |
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4841

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                    MM / DD / YYYY
         District _____  When _____  Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                     MM / DD / YYYY
         Case number, if known _____

Debtor    Premium Transportation Services, Inc.     Case number (if known) _____
          Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____
City                    State    ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name     _____
       Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☒ 200-999

**15. Estimated assets**

☐ $0-$50,000             ☒ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000       ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000      ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million   ☐ More than $50 billion

| Debtor | Premium Transportation Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/13/2016
            MM / DD / YYYY

✘ /s/ Sam Joumblat                              Sam Joumblat
Signature of authorized representative of debtor    Printed name

Title  CFO

**18. Signature of attorney**

✘ /s/ Robert J. Dehney                          Date  03/13/2016
Signature of attorney for debtor                      MM / DD / YYYY

Robert J. Dehney
Printed name

Morris, Nichols, Arsht & Tunnell, LLP
Firm name

1201 N. Market St., 16th Fl.
Number     Street

Wilmington                                      DE              19899
City                                            State           ZIP Code

(302) 658-9200                                  rdehney@mnat.com
Contact phone                                   Email address

No. 3578                                        Delaware
Bar number                                      State

# SECRETARY'S CERTIFICATE OF RESOLUTIONS
# OF THE BOARD OF DIRECTORS OF
# PREMIUM TRANSPORTATION SERVICES, INC.

I, Bill Allen, the undersigned Secretary of Premium Transportation Services, Inc., a Delaware corporation (the "Corporation"), do hereby certify that, on the 11th day of March, 2016, pursuant to a special telephonic meeting on the same date, the board of directors (collectively, the "Board of Directors") of the Corporation, upon a motion duly made and acting pursuant to the Corporation's organizational documents, took the following actions and adopted the following resolutions:

**WHEREAS**, the Board of Directors has considered information regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's business; and

**WHEREAS**, the Board of Directors has had the opportunity to consult with the Corporation's management and financial and legal advisors to fully consider each of the strategic alternatives available to the Corporation; and

**WHEREAS**, the Board of Directors has considered a proposed petition to be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"); and

**WHEREAS**, the Board of Directors desires to approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, the creditors of the Corporation, and other interested parties that a voluntary petition (the "Petition") be filed in the Bankruptcy Court by the Corporation to initiate a bankruptcy case (the "Chapter 11 Case") under the provisions of chapter 11 of the Bankruptcy Code; and be it further

**RESOLVED**, that the Corporation, by and through Jonathan Rosenthal, in his capacity as the Chairman of the Corporation's Board of Directors, and Sam Joumblat, in his capacity as the Corporation's Chief Financial Officer (each, a "Designated Representative," and together, the "Designated Representatives"), are hereby authorized, directed, and empowered (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court, such Petition to be filed at such time as the Designated Representative executing the Petition shall determine and to be in the form approved by the Designated Representative executing such Petition, with the execution thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of such Designated Representative, may be necessary, appropriate, or desirable, and (iii) to review the complete list of creditors of the Corporation (the "Creditor Matrix") and to cause the Creditor Matrix to be

1

filed with the United States Bankruptcy Court for the District of Delaware and to execute and file a declaration in support of such Creditor Matrix, which shall be filed at such time as the Designated Representative shall determine and to be in the form approved by the Designated Representative executing such Creditor Matrix, with the execution thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and be it further

**RESOLVED**, that the Designated Representatives are, authorized, empowered, and directed, with power of delegation, to execute and file in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all management action necessary, appropriate, desirable, or proper in connection with the Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business, including any actions necessary to retain any professionals deemed necessary (including, without limitation Morris, Nichols, Arsht & Tunnell LLP) to assist the Corporation in the Chapter 11 Case and in carrying out its duties under the provisions of the Bankruptcy Code; and be it further

**RESOLVED**, that the Designated Representatives are hereby authorized, directed, and empowered from time to time, until the termination of such Designated Representatives, with power of delegation, to take such actions and execute and deliver such documents as may be required or as the Designated Representatives may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, applications, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Designated Representative taking or executing the same shall approve, the taking or execution thereof by such Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and be it further

**RESOLVED**, that the Designated Representatives are hereby authorized, directed, and empowered to employ a law firm as bankruptcy counsel for the Corporation to render legal services to, and represent, the Corporation in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Designated Representatives shall approve; and in connection therewith, the Designated Representatives are, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services; and be it further

**RESOLVED**, that the Designated Representatives are hereby authorized, directed, and empowered to employ the law firm of Morris, Nichols, Arsht & Tunnell LLP as Delaware bankruptcy counsel for the Corporation to render legal services to, and represent, the Corporation in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Designated Representatives shall approve; and in connection therewith, the Designated Representatives are, with power of delegation, hereby authorized and

directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Morris, Nichols, Arsht & Tunnell LLP; and be it further

**RESOLVED**, that the Designated Representatives are hereby authorized, empowered and directed, with power of delegation, to retain such other professionals on behalf of, and in the name of the Corporation as the Designated Representatives deem appropriate during the course of the Chapter 11 Case.

**NOW THEREFORE, BE IT RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Representatives, the Designated Representatives and their designees shall be, and each of them hereby is, authorized, directed, and empowered, with power of delegation, in the name of, and on behalf of, the Corporation and under its corporate seal or otherwise, to take or cause to be taken any and all such further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment shall be necessary, advisable, or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that all members of the Board of Directors of the Corporation have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and be it further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board of Directors and that a Designated Representative did execute the same.

IN WITNESS WHEREOF, the undersigned Director and Secretary of the Corporation has executed these resolutions as of March 11, 2016.

        Premium Transportation Services, Inc.,
        a Delaware corporation

        */s/ Bill Allen*
        Bill Allen, Director and Secretary

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PREMIUM TRANSPORTATION SERVICES, INC., | ) Case No. 16-_____ (___) |
| d/b/a Total Transportation Services | ) |
| | ) |
| Debtor[1] | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Saybrook Logistics Acquisition, LLC | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Premium Transportation Services, Inc. (3417). The Debtor's corporate headquarters is located at 18735 South Ferris Place, Rancho Dominguez, California 90220.

Case 16-10629-KJC    Doc 1    Filed 03/13/16    Page 9 of 13

**Fill in this information to identify the case and this filing:**

Debtor Name __Premium Transportation Services, Inc.__

United States Bankruptcy Court for the: _____  District of __Delaware__
(State)

Case number (If known): _____

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/13/2016__   X  _/s/ Sam Joumblat_
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

Sam Joumblat
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202      Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name __Premium Transportation Services, Inc.__

United States Bankruptcy Court for the: _____    District of __Delaware__
                                                              (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Patewood Building IV 50 International Drive, Suite 200 Greenville, S.C. 29615 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Phone: (864) 241-1900 Fax: 864 235-4649 Email: | Legal Fees | | | | $187,377.62 |
| 2 | Pasha Stevedoring & Terminals P.O. Box 743361 Los Angeles, CA 90074 | Pasha Stevedoring & Terminals Phone: (310) 835-5042 Fax: (310) 233-2089 Email: | Rent | | | | $142,425.00 |
| 3 | The Claro Group LLC 321 N. Clark St., Suite 1200 Chicago, IL 60654 | The Claro Group LLC Phone: (312) 546-3400 Fax: (312) 554-8085 Email: | Legal Fees | | | | $121,830.00 |
| 4 | Penske Truck Leasing Co., L.P. 2675 Morgantown Road Reading, PA 19607 | Penske Truck Leasing Co., L.P. Phone: (610) 775-6000 Fax: Email: | Truck Rental | | | | $83,576.03 |
| 5 | TEC of California, Inc. P.O. Box 11272 Portland, OR 97211 | TEC of California, Inc. Phone: (503) 285-7667 Fax: Email: | Truck Rental | | | | $56,575.22 |
| 6 | Healthnet Inc. 21650 Oxnard St., 25th Fl. Woodland Hills, CA 91367 | Healthnet, Inc. Phone: (818) 676-6000 Fax: Email: | Health Insurance | | | | $56,174.10 |
| 7 | Mack Financial Services 7025 Albert Pick Road Suite 105 Greensboro, NC 27409 | Mack Financial Services Phone: (877) 865-8623 Ext. 3762 Fax: Email: cs@vfsco.com | Truck Rental | | | | $54,436.57 |
| 8 | Premier Trailer Leasing Inc 3600 William D. Tate Avenue Suite 300 Grapevine, TX 76051 | Premier Trailer Leasing Inc Phone: (817) 310-2209 Fax: (817) 421-2066 Email: | Trailer Rental | | | | $43,604.79 |

Debtor  Premium Transportation Services, Inc.          Case number (*if known*) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Empire Transportation  263 S. Service Rd.  Grimsby, ON L3M 1Y6  Canada | Empire Transportation  Phone: (905) 945-9654  Fax: (905) 945-4151  Email: | Subcontracting Transportation | | | | $43,278.40 |
| 10 | Eisner Jaffe Gorry Chapman & Ross  9601 Wilshire Boulevard  Suite 700  Beverly Hills, CA 90210 | Eisner Jaffe Gorry Chapman & Ross  Phone: (310) 855-3200  Fax: (310) 855-3201  Email: | Legal Fees | | | | $37,047.85 |
| 11 | Xtra Lease  P.O. Box 99262  Chicago, IL 60693-9262 | Xtra Lease  Phone: (323) 728-9488  Fax: (323) 728-9733  Email: commerce@xtra.com | Trailer Rental | | | | $31,438.45 |
| 12 | Dion and Sons Inc.  1543 W. 16th Street  Long Beach, CA 90813 | Dion and Sons Inc.  Phone: (562) 432-3946  Fax: (562) 432-7969 | Fuel | | | | $29,820.47 |
| 13 | Bankcard Services  P.O. Box 31021  Tampa, FL 33631 | Bankcard Services  Phone: (800) 221-5920  Fax:  Email: | California United Bank Credit Card – Monthly | | | | $25,283.59 |
| 14 | Direct Chassislink  P.O. Box 603061  Charlotte, NC 28260-3061 | Direct Chassislink  Phone: (704) 594-3800  Fax: (704) 353-7294  Email: | Chassis Rental | | | | $14,739.00 |
| 15 | American Express  200 Vesey Street  New York, NY 10285 | American Express  Phone: (212) 640-2000  Fax:  Email: | Credit Card | | | | $14,347.69 |
| 16 | W & S Chassis & Trailer Repair Inc  2131 S. Hellman Avenue  Suite P  Ontario, CA 91761 | W & S Chassis & Trailer Repair Inc  Phone: (909) 923-5300  Fax: (909) 475-6353  Email: wvargas@wstrailerrepair.com | Trailer Rental | | | | $14,307.70 |
| 17 | Crossroads Equipment Lease LLC  9385 Haven Avenue  Rancho Cucamonga, CA 91730 | Crossroads Equipment Lease LLC  Phone: (909) 291-6400  Fax: (909) 945-0279  Email: Customerservice@crlease.com | Truck Rental | | | | $13,646.97 |
| 18 | Mediterranean Shipping  Per Diem Department  700 Watermark Boulevard  Mt. Pleasant, SC 29464 | Mediterranean Shipping  Phone: (843) 654-6069  Fax: (908) 605-2602  Email: | Demurrage – COGS | | | | $9,280.00 |
| 19 | Paetec  P.O. Box 9001013  Louisville, KY 40290-1013 | Paetec  Phone:  Fax:  Email: | Internet | | | | $8,373.09 |
| 20 | Englander Knabe & Allen  801 S. Figueroa Street  Suite 1050  Los Angeles, CA 90017 | Englander Knabe & Allen  Phone: (213) 741-1500  Fax: (213) 747-4900  Email: | Legal Fees | | | | $7,714.63 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 2

Debtor  **Premium Transportation Services, Inc.**   Case number (*if known*) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | Flexi-Van Leasing Inc  251 Monroe Avenue  Kenilworth, NJ 07033 | Flexi-Van Leasing Inc  Phone: (908) 276-8000  Fax: (908) 276-7666  Email: | Chassis Rental | | | | $5,866.75 |
| 22 | Remedy Intelligent Staffing  5500 Greenwich Road  Virginia Beach, VA 23462 | Remedy Intelligent Staffing  Phone: (757) 4908367  Fax: (805) 898-7111  Email: virginiabeach@remedystaff.com | Staffing | | | | $5,409.14 |
| 23 | Fast & Easy Communication LLC  2176 Lavender Court  San Jacinto, CA 92582 | Fast & Easy Communication LLC  Phone: (323) 622-2063  Fax:  Email: | Internet | | | | $4,200.00 |
| 24 | Yang Ming (America) Corp.  13131 Dairy Ashford Road  Suite 300  Sugar Land, TX 77478 | Yang Ming (America) Corp.  Phone: (201) 656-3322  Fax:  Email: | Demurrage – COGS | | | | $4,200.00 |
| 25 | Trinium Technologies  304 Tejon Place  Palos Verdes, CA 90274 | Trinium Technologies  Phone: (310) 214-3957  Fax: (310) 214-3959  Email: support@triniumtech.com | Computer Software Monthly | | | | $4,081.25 |
| 26 | Parkhouse Tire Inc  P.O. Box 2430  Bell Gardens, CA 90202 | Parkhouse Tire Inc  Phone: (562) 928-0421 Ext. 2110  Fax:  Email: | Repairs and Maintenance | | | | $3,367.66 |
| 27 | APL Ltd  Attn: Freight Cashier  26 Century Boulevard, Suite 405  Nashville, TN 37214 | APL Ltd  Phone: (602) 586 4800  Fax: (602) 586 4861  Email: | Demurrage – COGS | | | | $3,286.00 |
| 28 | Adecco Transportation  Dept LA 21403  Pasadena, CA | Adecco Transportation  Phone:  Fax:  Email: | Subcontracting Transportation | | | | $2,780.51 |
| 29 | Garcia Fleet Service  1531 Sierra Lane  Stockton, CA 95205 | Garcia Fleet Service  Phone: (209) 513-0959  Fax:  Email: | Repairs and Maintenance | | | | $2,655.29 |
| 30 | Economy Office Supply Co  1725 Gardena Avenue  Glendale, CA 91204 | Economy Office Supply Co  Phone: (818) 548-1525  Fax: (818) 548-1533  Email: eos@economyofficesupply.com | | | | | $2,569.70 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims**    page 3

**Fill in this information to identify the case and this filing:**

Debtor Name __Premium Transportation Services, Inc.__

United States Bankruptcy Court for the: _____   District of __Delaware__
(State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/13/2016__        X _/s/ Sam Joumblat_
MM / DD / YYYY                       Signature of individual signing on behalf of debtor

Sam Joumblat
Printed name

Chief Financial Officer
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors