**Exhibit A**

**Port Solutions Holdings, LLC,**
**a Delaware limited liability company**
**FEIN: 45-3049465**

100%

**Saybrook Logistics Acquisition, LLC,**
**a Delaware limited liability company**
**(DBA TTSI Holdings)**
**FEIN: 45-3049540**

100%

**West Group Logistics, LLC,**
**a Delaware limited liability company**
**FEIN: 38-3989904**

100%

**East Group Logistics, LLC,**
**a Delaware limited liability company**
**FEIN: TBD**

100%

**Heavy Load Transfer, LLC,**
**a Delaware limited liability company**
**FEIN: TBD**

100%

**Port Solutions Operations, LLC, a Delaware limited liability company**
**FEIN: 36-4827966**

100%

**Traffic Sales Consulting, Inc., a California corporation**
**(C-Corp)**
**FEIN: 93-0994780**

100%

**Eco Flow Transportation, LLC**
**a Delaware limited liability company**
**FEIN: 38-3938128**

100%

****DEBTOR****

**Premium Transportation Services, Inc. ("PTSI"), a Delaware corporation**
**(C-Corp)**
**FEIN: 10-0003417**

49%

**TTSI Logistics, Inc.,**
**a California corporation**
**(C-Corp)**
**FEIN: 45-1155274**
**(MBE)**

100%

**Port Solutions Partners, LLC,**
**a Delaware limited liability company**
**FEIN: 61-1779507**

100%

**True Lease Inc., a Delaware corporation**
**FEIN: 61-1695734**

100%

**TTSI Financing, LLC,**
**a Delaware limited liability company**
**FEIN: 45-3449957**

