# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PREMIUM TRANSPORTATION SERVICES, INC., d/b/a Total Transportation Services,<br><br>    Debtor. | Chapter 11<br><br>Case No. 16-10629 (KJC) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Randall Klein, Esq. of Goldberg Kohn, Ltd. to represent TTSI Financing, LLC in the above-captioned case.

Dated: March 14, 2016                              PINCKNEY, WEIDINGER, URBAN & JOYCE LLC

                                                                  */s/ Gregory T. Donilon*
                                                                 Gregory T. Donilon (DE No. 4244)
                                                                 3711 Kennett Pike, Suite 210
                                                                 Greenville, Delaware 19807
                                                                 Telephone: (302) 504-1497
                                                                 Facsimile: (302) 442-7046
                                                                 gdonilon@pwujlaw.com

                                                                 *Co-Counsel for TTSI Financing, LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund, revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  March 14, 2016                GOLDBERG KOHN LTD.

                                        */s/ Randall Klein*
                                       Randall Klein
                                       55 East Monroe, Suite 3300
                                       Chicago, Illinois  60603
                                       Telephone:  (312) 201-4000
                                       Facsimile:  (312) 332-2196
                                       randall.klein@goldbergkohn.com

                                       *Co-Counsel for TTSI Financing, LLC*