## EXHIBIT A

**Premium Transportation Services**
**Weekly Cash Flow Forecast-2016**

| | | 2 | 3 |
|---|---|---|---|
| | | Forecast | Forecast |
| | | 12 | 13 |
| Week ending | | 3/18/2016 | 3/25/2016 |
| **Actual Billings** | | | |
| Total Billings less interco | | 591,781 | 591,781 |
| | | | |
| **Cash - Beginning of Period** | | 410,958 | 469,747 |
| **Cash Receipts:** | | | |
| Core Operations | | 697,089 | 684,840 |
| Non-AR | | | |
| Cash Income from Operations | | 697,089 | 684,840 |
| **Cash Payments for Operations** | | | |
| IOO Net Payment | | 260,000 | 260,000 |
| Fuel | | 60,000 | 60,000 |
| Additional Fuel | | | |
| Truck | | | 20,000 |
| Temp Labor | | | 8,000 |
| COGS Other | | 20,000 | 50,000 |
| Total COS | | 340,000 | 398,000 |
| | % of Billings | | |
| Commissions | | | 3,000 |
| Operating Leases (Truck Rentals, Cars) | | | |
| Fees/Licenses & Registrations | | 750 | 750 |
| Rent Office + Yards | | - | |
| Payroll & Benefits (Admin) | | 172,550 | 130,550 |
| Insurance | | | |
| IT | | | |
| Professional Fees/Legal/Audit | | | |
| CUB/AMEX Credit Card Pmt | | | |
| Other SG&A | | | |
| Total Other | | 173,300 | 134,300 |
| **Total Cash Expenses from Operations** | | 513,300 | 532,300 |
| **Non-Operating Cash (Inflow)Outflow** | | | |
| (Borrowings) on Line of Credit | Paydowns | | |
| Interest on Line of Credit | | | |
| Tax Payments - IRS/FTB/Texas/Property | | | |
| Board Fees & Expenses | | | |
| Proceeds from Grant Funding | | | |
| Capital Expenditures - Cash | | | |
| Payments on Capital Leases | | | |
| Residual Value/Buy Out of Cap Leases | | | |
| Vision Investment | | | |
| Cash on Sale of Assets | | | |
| Debtor Professional Fees* | | 125,000 | 125,000 |
| Claims Agent | | | 25,000 |
| Committee Professional Fees | | | |
| UST Fees | | | |
| Misc Potential RLI Payments + March 2nd NLRB Pay | | | - |
| **Total Non-Operating Cash Flows** | | 125,000 | 150,000 |
| **Net Cash Flow** | | 58,789 | 2,540 |
| **Cash - End of Period (Books)** | | 469,747 | 472,287 |
| | | w/e 3/18 | w/e 3/25 |
| | AR Balance | 4,984,156 | 4,878,848 |
| | Billings | 591,781 | 591,781 |
| | Receipts | (697,089) | (684,840) |
| | Balance | 4,878,848 | 4,785,790 |

*Debtor Professional Fees are presented on an accrual rather than actual basis.