IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIUM TRANSPORTATION SERVICES, | ) | Case No. 16-10629 (KJC) |
| INC., d/b/a Total Transportation Services, Inc., | ) | |
| | ) | |
| Debtor[1] | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for California United Bank and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| Daniel H. Slate | John H. Knight (No. 3848) |
| BUCHALTER NEMER | RICHARDS, LAYTON & FINGER, P.A. |
| 1000 Wilshire Boulevard, Suite 1500 | One Rodney Square |
| Los Angeles, CA 90017-1730 | 920 North King Street |
| Telephone: (213) 891-0700 | Wilmington, Delaware 19801 |
| Facsimile: (213) 896-0400 | Telephone: (302) 651-7700 |
| Email: dslate@buchalter.com | Facsimile: (302) 651-7701 |
| | E-mail: knight@rlf.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Premium Transportation Services, Inc. (3417). The Debtor's corporate headquarters is located at 18735 South Ferris Place, Rancho Dominguez, California 90220.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of California United Bank to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) California United Bank's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) California United Bank's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) California United Bank's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which California United Bank are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments California United Bank expressly reserves.

Dated: March 16, 2016
      Wilmington, Delaware

                */s/ John H. Knight*
                John H. Knight
                RICHARDS, LAYTON & FINGER, P.A.
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone: (302) 651-7700
                Facsimile: (302) 651-7701
                E-mail: knight@rlf.com

                        -and-

                Daniel H. Slate
                BUCHALTER NEMER
                1000 Wilshire Boulevard, Suite 1500
                Los Angeles, CA 90017-1730
                Telephone: (213) 891-0700
                Facsimile: (213) 896-0400
                Email: dslate@buchalter.com

                *Counsel to California United Bank*