# EXHIBIT A

## Budget

| Premium Transportation Services | | | | | |
|---|---|---|---|---|---|
| Weekly Cash Flow Forecast-2016 | | 2 | 3 | 4 | 5 |
| | | Forecast | Forecast | Forecast | Forecast |
| | | 12 | 13 | 14 | 15 |
| | Week ending | 3/18/2016 | 3/25/2016 | 4/1/2016 | 4/8/2016 |
| Actual Billings | | | | | |
| | Total Billings less InterCo | 591,781 | 591,781 | 660,531 | 807,662 |
| | InterCompany | | | | |
| Cash - Beginning of Period | | 640,211 | 699,000 | 940,700 | 169,463 |
| Cash Receipts: | | | | | |
| | Core Operations | 697,089 | 924,000 | 690,744 | 687,968 |
| | Non-AR | | | | |
| | Cash Income from Operations | 697,089 | 924,000 | 690,744 | 687,968 |
| Cash Payments for Operations | | | | | |
| | ICs Net Payment | 260,000 | 260,000 | 250,000 | 250,000 |
| | Fuel (Pfleet, Comdata, Etc) | 60,000 | 60,000 | 60,000 | 60,000 |
| | Comdata Advances | | | | |
| | Truck R&M | | 20,000 | 10,000 | 10,000 |
| | Temp Labor (TTSI) | | 8,000 | 8,000 | 8,000 |
| | COGS Other | 20,000 | 50,000 | 10,000 | 10,000 |
| | Total COS | 340,000 | 398,000 | 338,000 | 338,000 |
| | Commissions | | 3,000 | 3,000 | 3,000 |
| | Operating Leases (Truck Rentals, Cars) | | | 50,000 | 50,000 |
| | Fees/Licenses & Registrations | 750 | 750 | 1,000 | 1,000 |
| | Rent Office + Yards | - | | 36,776 | 89,374 |
| | Deposit to utility companies | | | 6,000 | |
| | Payroll & Benefits (Admin) | 172,550 | 130,550 | 132,500 | 132,000 |
| | Insurance | | | 515,000 | |
| | IT | | | 2,628 | 34,627 |
| | Professional Fees/Legal/Audit | | | | 25,000 |
| | CUB/AMEX Credit Card Pmt | | | | |
| | Other SG&A | | | 22,500 | 22,500 |
| | Total Other | 173,300 | 134,300 | 769,404 | 357,501 |
| | Total Cash Expenses from Oper | 513,300 | 532,300 | 1,107,404 | 695,501 |
| Non-Operating Cash (Inflow)Outflow | | | | | |
| | (Borrowings) on Line of Credit | | | | |
| | Interest on Line of Credit | | | 8,000 | |
| | Bank fee | | | | |
| | Board Fees & Expenses | | | | |
| | Debtor professional fees* | 125,000 | 125,000 | 100,000 | 100,000 |
| | Claims agent* | | 25,000 | 10,000 | 10,000 |
| | Payments on Capital Leases | | | 6,577 | 1,500 |
| | Pre-petition taxes | | | | 4,000 |
| | IC's return of escrow funds | | | 230,000 | |
| | Total Non-Operating Cash Fl | 125,000 | 150,000 | 354,577 | 115,500 |
| Net Cash Flow | | 58,789 | 241,700 | (771,237) | (123,033) |
| Cash - End of Period (Books) | | 699,000 | 940,700 | 169,463 | 46,430 |
| * Accrual basis | | | | | |