**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| PREMIUM TRANSPORTATION SERVICES, | : | Case No. 16-10629 (KJC) |
| INC., d/b/a Total Transportation Services, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| | : | CREDITORS |
| Debtor. | | |
| --------------------------------- | | |

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Claro Group, LLC,** Attn: Douglas Brickley, 1221 McKinney St., Ste. 2850, Houston, TX 77010, Phone: 713-454-7741, Fax: 713-236-0033

2. **TEC of California Inc.,** Attn: Marsha Johnson, P.O. Box 11272, Portland, OR 97211 Phone: 503-247-4614, Fax: 503-972-4307

3. **Flexi Van Leasing Inc.**, Attn: Philip V. Connors, 251 Monroe Ave., Kenilworth, NJ 07033 Phone: 908-603-1606, Fax: 908-931-0286

4. **QED Software LLC d/b/a Trinium Technologies**, Attn: Michael Thomas, 304 Tejon Place, Palos Verdes, CA 96274, Phone: 310-214-3118, x101, Fax: 310-214-3959

5. **Mr. Juan Umana**, c/o D. Briana Rivera, Esquire, McAvoy & Rivera, 3008 First Avenue, San Diego, CA 92103, Phone: 619-260-1323, Fax: 888-812-1323


      ANDREW R. VARA
      Acting United States Trustee, Region 3


      /s/ Jane M. Leamy for
      T. PATRICK TINKER
      ASSISTANT UNITED STATES TRUSTEE

DATED: April 4, 2016

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's counsel: Erin Fay, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989