# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PREMIUM TRANSPORTATION SERVICES, INC., ) | Case No. 16-10629 (KJC) |
| d/b/a Total Transportation Services, ) | |
| ) | |
| Debtor[1] ) | |
| ) | |

## CERTIFICATION OF COUNSEL
## REGARDING OMNIBUS HEARING DATES

The undersigned hereby certifies as follows:

1. In response to the undersigned counsel's inquiry, Premium Transportation Services, Inc., d/b/a Total Transportation Services, debtor and debtor-in-possession in the above-captioned case (the "Debtor") was assigned omnibus hearing dates by The Honorable Kevin J. Carey, United States Bankruptcy Judge.

2. Enclosed herewith is a proposed form of order (the "Omnibus Hearing Order") that states with specificity the time and date of the tentatively scheduled omnibus hearings.

WHEREFORE, the Debtor hereby requests that the Court enter the Omnibus Hearing Order.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Premium Transportation Services, Inc. (3417). The Debtor's corporate headquarters is located at 18735 South Ferris Place, Rancho Dominguez, California 90220.

| | |
|---|---|
| Dated: April 5, 2016<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Erin R. Fay*<br>Robert J. Dehney (No. 3578)<br>Erin R. Fay (No. 5268)<br>Tamara K. Minott (No. 5643)<br>1201 N. Market Street, 16th Fl.<br>PO Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: 302-658-9200<br>Facsimile: 302-658-3989<br><br>*Proposed Counsel to Debtor*<br>*and Debtor in Possession* |