**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIUM TRANSPORTATION SERVICES, INC., | ) | Case No. 16-10629 (KJC) |
| d/b/a Total Transportation Services, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**OMNIBUS HEARING ORDER**

     **IT IS HEREBY ORDERED,** that the following omnibus hearing dates have been scheduled in the above-referenced case:

| **DATE** | **TIME** |
|---|---|
| May 3, 2016 | 11:00 a.m. (Eastern Time) |
| June 6, 2016 | 10:00 a.m. (Eastern Time) |