**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

IN THE MATTER OF:                                    :        Chapter 11
                                                     :
PREMIUM TRANSPORTATION SERVICES,                     :        Case No. 16-10629 (KJC)
INC., d/b/a Total Transportation Services,           :
                                                     :        FIRST AMENDED NOTICE OF
                                                              APPOINTMENT OF
                                                              COMMITTEE OF UNSECURED
         Debtor.                                              CREDITORS*
----------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **The Claro Group, LLC,** Attn: Douglas Brickley, 1221 McKinney St., Ste. 2850, Houston, TX 77010, Phone: 713-454-7741, Fax: 713-236-0033

2. **Flexi Van Leasing Inc.**, Attn: Philip V. Connors, 251 Monroe Ave., Kenilworth, NJ 07033 Phone: 908-603-1606, Fax: 908-931-0286

3. **QED Software LLC d/b/a Trinium Technologies**, Attn: Michael Thomas, 304 Tejon Place, Palos Verdes, CA 96274, Phone: 310-214-3118, x101, Fax: 310-214-3959

4. **Mr. Juan Umana**, c/o D. Briana Rivera, Esquire, McAvoy & Rivera, 3008 First Avenue, San Diego, CA 92103, Phone: 619-260-1323, Fax: 888-812-1323


                                     ANDREW R. VARA
                                     Acting United States Trustee, Region 3


                                   /s/ Jane M. Leamy for
                                   T. PATRICK TINKER
                                   ASSISTANT UNITED STATES TRUSTEE

DATED: April 5, 2016

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtor's counsel: Erin Fay, Esquire, Phone: (302) 658-9200, Fax: (302) 658-3989

*Amended to reflect the resignation of TEC of California Inc. from the Committee.