# EXHIBIT A

## Budget

| Premium Transportation Services | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| Weekly Cash Flow Forecast-2016 | | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| | | Week #12 | Week #13 | Week #14 | Week #15 | Week #16 | Week #17 |
| | Week ending | 3/18/2016 | 3/25/2016 | 4/1/2016 | 4/8/2016 | 4/15/2016 | 4/22/2016 |
| **Billings** | | | | | | | |
| | Total Billings | 525,059 | 791,707 | 984,235 | 807,662 | 807,662 | 807,662 |
| **Cash - Beginning of Period** | | (24,742) | 650,481 | 759,202 | 545,274 | 307,343 | 352,491 |
| Cash Receipts: | | | | | | | |
| | Core Operations | 1,072,347 | 982,906 | 1,022,087 | 718,004 | 718,004 | 718,004 |
| | Non-AR | | | 2,318 | | | |
| | **Cash Income from Operations** | 1,072,347 | 982,906 | 1,024,405 | 718,004 | 718,004 | 718,004 |
| Cash Payments for Cost of Goods Sold | | | | | | | |
| | ICs Net Payment | 258,713 | 269,411 | 251,813 | 260,000 | 260,000 | 260,000 |
| | Fuel (Pfleet, Comdata, Etc) | 54,331 | 109,199 | 64,081 | 60,000 | 60,000 | 60,000 |
| | Truck R&M | 1,659 | 9,455 | 2,127 | 10,000 | 10,000 | 10,000 |
| | Temp Labor (TTSI) | - | - | 5,359 | 8,000 | 8,000 | 8,000 |
| | COGS Other | 25,159 | 50,077 | 47,810 | 47,810 | 10,000 | 10,000 |
| | Total COGS | 339,862 | 438,142 | 371,189 | 385,810 | 348,000 | 348,000 |
| Cash Outflow for Other Operating Expenses | | | | | | | |
| | Commissions | - | - | 2,792 | 3,000 | 3,000 | 3,000 |
| | Operating Leases (Truck Rentals, Cars) | - | 154,177 | 33,412 | 36,000 | 36,000 | 36,000 |
| | Fees/Licenses & Registrations | 348 | 1,917 | 1,056 | 250 | 250 | 250 |
| | Rent Office + Yards | - | 746 | | | | |
| | Utility Deposit | - | | 6,000 | | | |
| | Payroll & Benefits (Admin) | 161,630 | 146,839 | 119,527 | 135,000 | 165,000 | 135,000 |
| | Insurance | - | 25,995 | 635,013 | 16,269 | | |
| | IT | - | 20,395 | 4,500 | 7,000 | 7,000 | 7,000 |
| | Ordinary Course Professional Fees | - | - | | 15,000 | | |
| | US TRUSTEE FEES | - | - | | | | |
| | Other SG&A | - | - | 22,006 | 22,006 | 22,006 | 22,006 |
| | Total Other | 161,978 | 350,069 | 824,306 | 234,525 | 233,256 | 203,256 |
| | **Total Cash Expenses from Operations** | 501,840 | 788,211 | 1,195,495 | 620,335 | 581,256 | 551,256 |
| Non-Operating Cash (Inflow)Outflow | | | | | | | |
| | Cash Flow related to Eco Flow | (204,716) | 84,826 | (47,162) | | | |
| | (Borrowings) on Line of Credit | | | | | | |
| | Interest on Line of Credit | | | | | | |
| | Bank Analysis fee | | 1,148 | | | | 1,200 |
| | Tax Payments - IRS/FTB/Texas/Property | | | | | | |
| | Board Fees & Expenses | | | | | | |
| | Proceeds from Grant Funding | | | | | | |
| | Capital Expenditures - Cash | | | | | | |
| | Debtor professional fees* | 100,000 | | 75,000 | 75,000 | 75,000 | 75,000 |
| | Claims agent* | | | 15,000 | 12,000 | 12,000 | 12,000 |
| | Committee Fees** | | | | 10,000 | | 10,000 |
| | Payments on Capital Leases | | | | 4,600 | 4,600 | 4,600 |
| | Pre-petition taxes | | | | 4,000 | | |
| | IC's return of escrow funds | | | | 230,000 | | |
| | **Total Non-Operating Cash Flows** | (104,716) | 85,974 | 42,838 | 335,600 | 91,600 | 102,800 |
| **Net Cash Flow** | | 675,223 | 108,721 | (213,928) | (237,931) | 45,148 | 63,948 |
| **Cash - End of Period (Books)** | | 650,481 | 759,202 | 545,274 | 307,343 | 352,491 | 416,439 |
| * Accrual basis | | | | | | | |

** Committee professional fees related to investigation of the prepetition lenders' claims will proposed to be capped at $25,000 in the final order approving use of cash collateral.