**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PREMIUM TRANSPORTATION SERVICES, INC., ) | Case No. 16-10629 (KJC) |
| d/b/a Total Transportation Services, ) | |
| ) | |
| Debtor.[1] ) | |
| ) | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Marcus M. Wilson of Bennett, Lotterhos, Sulser & Wilson, P.A. hereby appears in this case on behalf of Pasha Stevedoring and Terminals L.P. ("Pasha"), in accordance with Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in this case and all papers served in this case (including but not limited to all papers filed and served in all adversary proceedings, contested matters, and other proceedings in this case, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served on him as follows:

> Marcus M. Wilson
> BENNETT LOTTERHOS SULSER & WILSON, P.A.
> P.O. Box 98
> Jackson, Mississippi 39205-0098
> Telephone: (601) 944-0466
> Facsimile: (601) 944-0467
> mwilson@blswlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Premium Transportation Services, Inc. (3417). The Debtor's corporate headquarters is located at 18735 South Ferris Place, Rancho Dominguez, California 90220.

includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

PLEASE TAKE FURTHER NOTICE that this entry of appearance shall not be deemed or construed to be a waiver of Pasha's rights (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which Pasha is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: April 6, 2016

/s/ Marcus M. Wilson
Marcus M. Wilson (Miss. Bar #7308)
BENNETT LOTTERHOS SULSER & WILSON, P.A.
190 East Capitol Street
Suite 650
Jackson, Mississippi 39201
Telephone: (601) 944-0466
Facsimile: (601) 944-0467
mwilson@blswlaw.com

*Attorney for Pasha Stevedoring and Terminals L.P.*