## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIUM TRANSPORTATION SERVICES, INC., | ) | Case No. 16-10629 (KJC) |
| d/b/a Total Transportation Services | ) | |
| | ) | **Hearing Date:** |
| | ) | **April 20, 2016 at 2:30 p.m. (ET)** |
| | ) | |
| | ) | **Objection Deadline:** |
| | ) | **April 13, 2016 at 4:00 p.m. (ET)** |
| Debtor[1] | ) | |
| | ) | Re: D.I. 6, 19, 58, 103 |

### NOTICE OF HEARING REGARDING PREMIUM TRANSPORTATION SERVICES, INC.'S MOTION FOR INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 361 AND 363; (I) AUTHORIZING USE OF CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING FURTHER INTERIM HEARING, AND (IV) GRANTING RELATED RELIEF

PLEASE TAKE NOTICE that on March 14, 2016, the above-captioned debtor and debtor-in-possession (the "Debtor") filed **Premium Transportation Services, Inc.'s Motion for Interim Order Pursuant to 11 U.S.C. §§ 361 and 363; (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, and (IV) Granting Related Relief** (D.I. 6) (the "Motion").

PLEASE TAKE FURTHER NOTICE that, on March 15, 2016, the Bankruptcy Court entered the **Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, and (IV) Granting Related Relief** (D.I. 19).

PLEASE TAKE FURTHER NOTICE that, on March 24, 2016, the Bankruptcy Court entered the **Second Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, and (IV) Granting Related Relief** (D.I. 58).

PLEASE TAKE FURTHER NOTICE that, on April 6, 2016, the Bankruptcy Court entered the **Third Interim Order (I) Authorizing Use of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling Further Interim Hearing, and (IV) Granting Related Relief** (D.I. 103).

PLEASE TAKE FURTHER NOTICE that objections, if any, to entry of a final order approving the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Premium Transportation Services, Inc. (3417). The Debtor's corporate headquarters is located at 18735 South Ferris Place, Rancho Dominguez, California 90220.

Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 13, 2016 at 4:00 p.m. (ET)** (the "Objection Deadline"); and (c) be served as to be received on or before the Objection Deadline by:

> (a)     <u>proposed counsel for the Debtor</u>, Morris, Nichols, Arsht & Tunnell, LLP, 1201 N. Market Street, 16th Floor, P.O. Box 1347, Wilmington, Delaware, 19801, Attn: Robert J. Dehney, Esq. and Erin R. Fay, Esq.;

> (b)     <u>counsel for the Lenders</u>, (i) Goldberg Kohn Ltd., 55 East Monroe, Suite 3300, Chicago, IL 60603, Attn: Randall Klein, Esq. and Jacob H. Marshall, Esq.; and Pinckney, Weidinger, Urban & Joyce LLC, 3711 Kennett Pike, Suite 210, Greenville, DE 19807, Attn: Gregory T. Donilon, Esq.; and (ii) Buchalter Nemer, 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017, Attn: Daniel H. Slate, Esq.; and Richards, Layton & Finger, P.A., 920 N. King St., Wilmington, DE 19801, Attn: John H. Knight, Esq.;

> (c)     <u>the U.S. Trustee</u>, Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Jane Leamy, Esq.; and

> (d)     <u>counsel for the Committee</u>, as set forth in any notice filed on the docket.

PLEASE TAKE FURTHER NOTICE THAT only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE THAT A FINAL HEARING ON THE MOTION WILL BE HELD ON **APRIL 20, 2016 AT 2:30 P.M. (ET)** BEFORE THE HONORABLE KEVIN J. CAREY, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM #5, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 7, 2016
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Erin R. Fay*
Robert J. Dehney (No. 3578)
Erin R. Fay (No. 5268)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Flr.
P.O. Box 1347
Wilmington, DE  19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
rdehney@mnat.com
efay@mnat.com
tminott@mnat.com

*Proposed Counsel for Debtor
and Debtor in Possession*

9953821.1