## Exhibit B

**Adams Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREMIUM TRANSPORTATION SERVICES, INC., d/b/a Total Transportation Services, | ) ) | Case No. 16-10629 (KJC) |
| | ) | |
| | ) | |
| Debtor.[1] | ) | |
| | ) | |

**DECLARATION OF LANCE ADAMS IN SUPPORT OF DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER UNDER 11 U.S.C. §§ 327(a), 328(a), AND 1107(b), FED. R. BANKR. P. 2014 AND 2016, AND DEL. BANKR. L.R. 2014-1 AND 2016-1, AUTHORIZING RETENTION AND EMPLOYMENT OF WINDES, INC. AS AUDITOR AND TAX SERVICES PROVIDER FOR THE DEBTOR, NUNC PRO TUNC TO THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Lance Adams, being duly sworn, deposes and says:

1.  I am a partner of Windes, Inc. ("Windes"). I provide this Declaration on behalf of Windes in support of the Application (the "Applicant") of Premium Transportation Services, Inc., d/b/a Total Transportation Services, as debtor and debtor in possession herein (the "Debtor") to retain Windes to provide audit and tax services *nunc pro tunc* to the March 13, 2016 (the "Petition Date"), pursuant to the terms and conditions set forth in the engagement letters between the Debtor and Windes (the "Engagement Letters", attached hereto as Exhibits 1 and 2). Unless otherwise defined, all capitalized terms used herein shall have the meanings given to them in the Application.

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: Premium Transportation Services, Inc. (3417). The Debtor's corporate headquarters is located at 18735 South Ferris Place, Rancho Dominguez, California 90220.

2.      The facts set forth in my declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the ordinary course of business that were reviewed by me or other employees of Windes under my supervision and direction.  The procedures pursuant to which Windes determined whether there were any connections between Windes and interested parties in this case is described below.  The results of that investigation are set forth herein and in Exhibit B appended hereto.

3.      As set forth in further detail in the Engagement Letters, Windes has agreed to provide certain audit and tax service (the "Services") to the Debtor in connection with this Chapter 11 case upon approval of the Court, a summary description of which services is set forth below and fully described in the Engagement Letters:

**Audit Services Engagement Letter:**

As set forth in detail in the Engagement Letter attached hereto as Exhibit 1, Windes has been engaged by Premium Transportation Services, Inc. and certain affiliates (together, the "Company") to audit the Company's financial statements as of December 25, 2015 and the related statements of operations, member's capital and cash flows for the year then ended, and the related notes to the consolidated financial statements.

**Tax Services Engagement Letter:**

As set forth in detail in the Engagement Letter attached hereto as Exhibit 2, Windes will prepare federal and state tax returns for the year ended December 31, 2015 for the Debtor and certain affiliates.

Windes' hourly rates are revised periodically in the ordinary course of Windes' business.  We shall advise the Debtor of our new rates once they are established if a rate change is effective during the course of this engagement.  In addition to the hourly rates set forth above, the Debtor shall reimburse Windes for a direct expenses incurred in connection with Windes' retention in this case and the performance of the Services set forth in the Engagement Letters.  Windes' direct expenses

for items such as travel, meals, accommodations and other expenses (including any fees or reasonable expenses of Windes' legal counsel) specifically related to this engagement.

4.      The Debtor or Windes may terminate the Engagement Letters at any time, but in any event the Engagement Letters will terminate upon the effective date of the Debtor's confirmed plan of reorganization, or liquidation of assets under Chapter 11 or 7 of the Bankruptcy Code, or otherwise.  Upon any such termination of the Engagement Letters, the Debtor will remain obligated to pay all accrued fees and expenses as of the effective date of such termination.

5.      Copies of the Engagement Letters are submitted with this Affidavit for approval.[2] Windes' provision of Services to the Debtor is contingent upon the Court's approval of each term and condition set forth in the Engagement Letters.

6.      In addition, the tax services Engagement Letter contains the following indemnification provision:

> a.      As a result, you agree to indemnify and hold our firm and any of its partners, principals, shareholders, officers, directors, members, employees, agents or assigns harmless with respect to any and all claims arising from the use of the tax returns for any purpose other than filing with the IRS and state and local tax authorities regardless of the nature of the claim. including the negligence of any party..

7.      In connection with Windes' proposed retention by the Debtor, Windes has requested and obtained from counsel to the Debtor the list of entities to search for conflicts purposes attached as Exhibit 3.

8.      Windes searched or caused to be searched certain databases to determine whether Windes has provided in the recent past or is currently providing services to the parties-in-interest

---

[2]      To the extent that this Declaration and the terms of the Engagement Letters are inconsistent, the terms of the Engagement Letters shall control.

listed in Exhibit 3 attached hereto.  To the extent that Windes' research of relationships with parties-in-interest in these cases indicated that Windes has in the recent past, or currently has, a client relationship with such parties-in-interest in matters unrelated to this Chapter 11 case, Windes has so indicated in the attached Exhibit 4.

9.      Windes may perform services for its clients that relate to the Debtor merely because such clients may be creditors or counterparts to transactions with the Debtor and whose assets and liabilities may thus be affected by the Debtor's status.  The disclosures set forth herein do not include specific identification of such services.  If such clients of Windes are potential parties in interest in these cases, Exhibit 4 hereto indicates that they are also clients of Windes.  Should additional significant relationships with parties-in-interest become known to Windes, a supplemental affidavit will be filed by Windes with the Court.

10.     Windes may currently be a party or participant in certain litigation matters involving parties-in-interest in this case, which matters are unrelated to the Debtor or this chapter 11 case.

11.     To the best of my knowledge, information and belief, formed after reasonable inquiry, none of the services rendered by Windes to the entities set forth in Exhibit 4 hereto have been in connection with the Debtor or this Chapter 11 case.  Windes believes that these relationships will not impair Windes' ability to objectively perform professional services on behalf of the Debtor.  Windes will not accept any engagement that would require Windes to represent an interest materially adverse to the Debtor.

12.     To the best of my knowledge, information and belief, neither the undersigned nor the Windes' professionals expected to assist the Debtor in these matters are connected to the Judge, U.S. Trustee or Assistant U.S. Trustee assigned to this matter.

4

13.     Despite efforts described above to identify and disclosure connections with parties-in-interest in this case, because the Debtor is a large enterprise with numerous creditors and other relationships, Windes is unable to state with certainty that every client representation or other connection of Windes with parties-in-interest in this case has been disclosed herein.  If Windes discovers information that requires disclosure, Windes will file supplemental disclosures with the Court.

14.     To the best of my knowledge, information and belief formed after reasonable inquiry, Windes does not hold nor represent any interest materially adverse to the Debtor in the matters for which Windes is proposed to be retained.  The proposed employment of Windes is not prohibited by or improper under Bankruptcy Rule 5002.  Accordingly, I believe that Windes is eligible for retention by the Debtor.

15.     To the best of my knowledge, information and belief, prior to the Petition Date, Windes performed certain professional services for the Debtor, including audit and tax services. At the Debtor's request following the Petition Date and prior to Court approval Windes' engagement in this case, Windes may provide in its sole discretion certain of the Services described in the Engagement Letters.  Thus, Windes requests that its retention be authorized as of the Petition Date.

16.     Windes intends to charge the following fees for its tax return.  Such fees are consistent with fees previously charged by Windes for such services:[3]

---

[3]     This summary is for convenience purposes only.  To the extent that the summary conflicts with the Engagement Letters, the Engagement Letters shall govern.  Capitalized terms in this summary shall have the meanings ascribed to them in the Engagement Letters.

| | |
|---|---|
| Saybrook Logistics Acquisition, LLC, including Premium Transportation Services, Inc. | $21,500 |
| Port Solutions Holdings, LLC[4] | $3,800 |
| TTSI Logistics, Inc., a subsidiary of the Debtor | $3,100 |
| Eco Flow Transportation, LLC | $800 |

17.     As to its audit services, Windes will charge its standard hourly rates as follows:

| Position | Rate Range |
|---|---|
| Partner | $400-450 |
| Manager/Sr. Manager/Director | $195-350 |
| Senior Accountant | $135-150 |
| Staff Accountant | $115-125 |

18.     Windes' hourly rates are revised periodically in the ordinary course of Windes' business.  Windes shall advise the Debtor of its new rates once they are established if a rate change is effective during the course of its engagement.  In addition to the fees set forth above, the Debtor have agreed to reimburse Windes for any direct expenses incurred in connection with Windes' retention in this case and the performance of the services set forth in the Engagement Letters. Windes' direct expenses shall include, but not be limited to, reasonable and customary out-of-pocket expenses for items such as travel, meals, accommodations and other expenses (including any fees or reasonable expenses of Windes' legal counsel) specifically related to this engagement.

---

[4]     The Debtor will not be compensating Windes for this service and it is included herein for completeness.

19.     Further, if Windes is requested or authorized by the Debtor, or is required by government regulation, subpoena or other legal process, to produce its documents or personnel as witnesses with respect to the services or the Engagement Letters, the Debtor would, so long as Windes is not a party to the proceeding in which the information is sought, reimburse Windes for its professional time and expenses incurred in responding to such requests.

20.     As of March 13, 2016, Windes as owed $12,800 by the Debtor in respect of services provided by Windes prior to the Petition Date.  Upon approval of Windes' retention in this case, Windes shall waive its right to receive any unpaid fees incurred on the Debtor's behalf prior to the Petition Date.

21.     During the ninety days immediately preceding the Petition Date, the Debtor paid to Windes amounts totaling $12,600 (none of which constituted retainer payments).

22.     Windes is not currently holding a retainer.

23.     Except as otherwise set forth herein, Windes has not shared or agreed to share any of its compensation in connection with this matter with any other persons

24.     Windes intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the Engagement Letters, the Order approving the Application and pursuant to any additional procedures that may be established by the Court in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 11, 2016

_____
Lance Adams
Partner
Windes, Inc.

*Proposed Auditor and Tax Services Provider to the Debtor and Debtor in Possession*

9955571.2

**<u>Adams Declaration Exhibit 1</u>**



www.windes.com

111 West Ocean Blvd.
Twenty-Second Floor
Long Beach, CA 90802
562.435.1191

18201 Von Karman Ave.
Suite 1060
Irvine, CA 92612
949.271.2600

601 South Figueroa St.
Suite 4950
Los Angeles, CA 90017
213.239.9745

January 15, 2016

Mr. Sam Joumblat, CFO
Port Solutions Holdings, LLC
Premium Transportation Services, Inc.
18735 South Ferris Place
Rancho Dominguez, CA 90220

We are pleased to confirm our understanding of the services we are to provide for Port Solutions
Holdings, LLC and its affiliated companies including Premium Transportation Services, Inc. (PTSI) (the
Companies) for the year ended December 25, 2015. These services will include:

- An audit of the consolidated financial statements of Port Solutions Holdings, LLC (including
  PTSI) which comprise the consolidated balance sheet as of December 25, 2015, and the related
  consolidated statements of operations, members' capital, and cash flows for the year then
  ended, and the related notes to the consolidated financial statements.

- An audit of the consolidated financial statements of Saybrook Logistics Acquisition, LLC
  (including PTSI), which comprise the consolidated balance sheet as of December 25, 2015, and
  the related consolidated statements of operations, member's capital, and cash flows for the year
  then ended, and the related notes to the consolidated financial statements.

- An audit of the financial statements of Eco Flow Transportation, LLC, which comprise the
  balance sheet as of December 25, 2015, and the related statements of operations, member's
  capital, and cash flows for the period from inception to December 25, 2015, and the related
  notes to the financial statements.

## Audit Objective

The objective of our audit is the expression of an opinion about whether your financial statements are
fairly presented, in all material respects, in conformity with U.S. generally accepted accounting
principles. Our audit will be conducted in accordance with auditing standards generally accepted in the
United States of America and will include tests of your accounting records and other procedures we
consider necessary to enable us to express such an opinion. We will issue a written report upon
completion of our audit the financial statements referenced above. Our report will be addressed to the
Board of Directors and Members of the Companies. We cannot provide assurance that an unmodified
opinion will be expressed. Circumstances may arise in which it is necessary for us to modify our opinion
or add an emphasis-of-matter or other-matter paragraph. If our opinion is other than unmodified, we will
discuss the reasons with you in advance. If, for any reason, we are unable to complete the audit or are
unable to form or have not formed an opinion, we may decline to express an opinion or withdraw from
this engagement.

Mr. Sam Joumblat, CFO
Port Solutions Holdings, LLC
January 15, 2016
Page 2

**Audit Procedures**

Our procedures will include tests of documentary evidence supporting the transactions recorded in the accounts, and direct confirmation of certain assets and liabilities by correspondence with selected customers, creditors, and financial institutions. We will also request written representations from your attorneys as part of the engagement. At the conclusion of our audit, we will require certain written representations from you about the financial statements and related matters.
An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements; therefore, our audit will involve judgment about the number of transactions to be examined and the areas to be tested. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements. We will plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether from (1) errors, (2) fraudulent financial reporting, (3) misappropriation of assets, or (4) violations of laws or governmental regulations that are attributable to the Company or to acts by management or employees acting on behalf of the Company.

Because of the inherent limitations of an audit, combined with the inherent limitations of internal control, and because we will not perform a detailed examination of all transactions, there is a risk that material misstatements may exist and not be detected by us, even though the audit is properly planned and performed in accordance with U.S. generally accepted auditing standards. In addition, an audit is not designed to detect immaterial misstatements or violations of laws or governmental regulations that do not have a direct and material effect on the financial statements. However, we will inform the appropriate level of management of any material errors, fraudulent financial reporting, or misappropriation of assets that comes to our attention. We will also inform the appropriate level of management of any violations of laws or governmental regulations that come to our attention, unless clearly inconsequential. Our responsibility as auditors is limited to the period covered by our audit and does not extend to any later periods for which we are not engaged as auditors.

Our audit will include obtaining an understanding of the Company and its environment, including internal control, sufficient to assess the risks of material misstatement of the financial statements and to design the nature, timing, and extent of further audit procedures. An audit is not designed to provide assurance on internal control or to identify deficiencies in internal control. However, during the audit, we will communicate to you and those charged with governance internal control related matters that are required to be communicated under professional standards.

We may from time to time, and depending on the circumstances, use third-party service providers in serving your account. We may share confidential information about you with these service providers, but remain committed to maintaining the confidentiality and security of your information. Accordingly, we maintain internal policies, procedures, and safeguards to protect the confidentiality of your personal information. In addition, we will secure confidentiality agreements with all service providers to maintain the confidentiality of your information and we will take reasonable precautions to determine that they have appropriate procedures in place to prevent the unauthorized release of your confidential information to others. In the event that we are unable to secure an appropriate confidentiality agreement, you will be asked to provide your consent prior to the sharing of your confidential information with the third-party service provider. Furthermore, we will remain responsible for the work provided by any such third-party service providers.

Mr. Sam Joumblat, CFO
Port Solutions Holdings, LLC
January 15, 2016
Page 3

**Management Responsibilities**

You are responsible for establishing and maintaining internal controls, including monitoring ongoing activities; for the selection and application of accounting principles; and for the preparation and fair presentation of the financial statements in conformity with U.S. generally accepted accounting principles. You are also responsible for making all financial records and related information available to us and for the accuracy and completeness of that information. You are also responsible for providing us with (1) access to all information of which you are aware that is relevant to the preparation and fair presentation of the financial statements, (2) additional information that we may request for the purpose of the audit, and (3) unrestricted access to persons within the company from whom we determine it necessary to obtain audit evidence.

Your responsibilities include adjusting the financial statements to correct material misstatements and confirming to us in the management representation letter that the effects of any uncorrected misstatements aggregated by us during the current engagement and pertaining to the latest period presented are immaterial, both individually and in the aggregate, to the financial statements taken as a whole.

You are responsible for the design and implementation of programs and controls to prevent and detect fraud, and for informing us about all known or suspected fraud affecting the Company involving (1) management, (2) employees who have significant roles in internal control, and (3) others where the fraud could have a material effect on the financial statements. Your responsibilities include informing us of your knowledge of any allegations of fraud or suspected fraud affecting the Company received in communications from employees, former employees, regulators, or others. In addition, you are responsible for identifying and ensuring that the Company complies with applicable laws and regulations.

You agree to assume all management responsibilities for the tax services, financial statement preparation services, and any other nonattest services we provide; oversee the services by designating an individual, preferably from senior management, with suitable skill, knowledge, or experience; evaluate the adequacy and results of the services; and accept responsibility for them.
You are also responsible to notify us in advance of your intent to print our report, in whole or in part, and to give us the opportunity to review such printed matter before its issuance.

With regard to the electronic dissemination of our report, including financial statements published electronically on your Internet website, you understand that electronic sites are a means of distributing information and, therefore, we are not required to read the information contained in those sites or to consider the consistency of other information in the electronic site with the original document.

You are required to disclose the date through which subsequent events have been evaluated and whether that date is the date the financial statements were issued or were available to be issued. As a result, the subsequent event evaluation process and disclosure must be dated no earlier than the date of your management representation letter and the date of our report.

Mr. Sam Joumblat, CFO
Port Solutions Holdings, LLC
January 15, 2016
Page 4

**Engagement Administration, Fees, and Other**

We understand that your employees will prepare all cash, accounts receivable, and other confirmations we request and will locate any documents selected by us for testing.

Lance Adams is the engagement partner and is responsible for supervising the engagement and signing the report or authorizing another individual to sign it.

Our fees for these services will be based on the actual time spent at our standard hourly rates plus travel and other out-of-pocket costs such as report production, typing, postage, etc. Our standard hourly rates vary according to the degree of responsibility involved and the experience of personnel assigned to your audit.

Our standard hourly billing rates are as follows:

|  | Range of Billing Rates |
|---|---|
| Partner | $400 - $450 |
| Manager/Sr. Manager/Director | $195 - $350 |
| Senior Accountant | $135 - $150 |
| Staff Accountant | $115 - $125 |

If significant additional time is necessary to complete our audit services, we will discuss it with you and arrive at a new fee estimate before we incur any additional cost. Our invoices for service fees will be rendered each month as work progresses and are payable on presentation.

It is our policy to keep records related to this engagement for seven years.  The firm does not keep any original client records, so we will return these to you on or before the completion of the services rendered for the current year's engagement.  When records are returned to you, it is your responsibility to retain and protect your records for possible future use, including potential examination by any government or regulatory agencies.

The California State Board of Accountancy governs the administration of the Accountancy Act as well as the professional conduct and performance of professional services of licensed accountants practicing in the State of California.  The California State Board of Accountancy has made certain revisions and additions to the Accountancy Act and requires us to inform our clients when a non-licensee shareholder of the firm either has or may have involvement in the performance of professional services for you.

One of the firm's partners, Richard Green, is not licensed as a Certified Public Accountant.  He has a designation as a C.P.C. (Certified Pension Consultant) and is responsible for the firm's Employee Benefits practice, which assists clients with retirement plans, health and welfare plans, and other employee benefits.  From time to time during the performance of our services for you, our non-licensee shareholder may have some involvement in your engagement.  If you have any questions regarding this, please do not hesitate to contact us.

Mr. Sam Joumblat, CFO
Port Solutions Holdings, LLC
January 15, 2016
Page 5

To the extent we are required to respond to a subpoena, court order or other legal process related to legal matters involving the Companies and/or pursuant to which records and/or information regarding the companies are sought, the companies hereby agree to reimburse us for our professional fees and costs incurred as well as those charged and/or incurred by legal counsel and/or third parties on our behalf in responding to the same.

If any dispute arises between Windes, Inc. and the Companies each of us as parties to this engagement agreement hereby agree to attempt, in good faith, to settle disputes by mediation administered by the American Arbitration Association (AAA) under its Professional Accounting and Related Services Dispute Rules.  Fees charged by any mediators, arbitrators or the AAA shall be shared equally by both parties.

If a dispute arises between Windes, Inc. and the Companies regarding fees charged by Windes Inc. to the Companies both parties hereby agree that such fee related dispute will only be submitted to arbitration for resolution in accordance with the Professional Accounting and Related Services Dispute Rules of the AAA.  Any hearing shall be before one arbitrator in accordance with the Professional Accounting and Related Services Dispute Rules and such arbitration shall be binding and final.  By agreeing to arbitration as provided herein, we both acknowledge that in the event of a dispute over fees charged by Windes Inc.

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you agree with the terms of our engagement as described in this letter, please return a signed copy to us.

Very truly yours,

*Windes, Inc.*

RESPONSE: This letter correctly sets forth the understanding of Port Solutions Holdings, LLC and Premium Transportation Services, Inc.

Mr. Sam Joumblat, CFO

4/8/16

Date

**Adams Declaration Exhibit 2**



www.windes.com

111 West Ocean Blvd.
Twenty-Second Floor
Long Beach, CA 90802
562.435.1191

18201 Von Karman Ave.
Suite 1060
Irvine, CA 92612
949.271.2600

601 South Figueroa St.
Suite 4950
Los Angeles, CA 90017
213.239.9745

March 11, 2016

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries,
 including Premium Transportation Services, Inc. (PTSI)
18735 South Ferris Place
Rancho Dominguez, CA  90220

Dear Mr. Joumblat:

Windes, Inc. ("Windes") is pleased to provide the entities below ("hereinafter "you" or "your") with the professional services described below. This letter confirms our understanding of the terms and objectives of our engagement and the nature and limitations of the services we will provide. This engagement between you and our firm will be governed by the terms of this letter. We will perform our services in accordance with the Statements on Standards for Tax Services issued by the American Institute of Certified Public Accountants.

### *Scope of Engagement*

We will prepare your federal and state tax returns for the year ended December 31, 2015 for the following entities:

- Saybrook Logistics Acquisition, LLC & Subsidiaries, including PTSI
- Port Solutions Holdings, LLC
- TTSI Logistics, Inc.
- Eco Flow Transportation, LLC

We will not prepare any tax returns except those identified above without your written authorization to do so. We will prepare your tax returns based upon information and representations you provide to us. We will not audit or otherwise verify the data you submit to us, although we may ask you to clarify some of the information. We will prepare the tax returns solely for filing with the Internal Revenue Service ("IRS") and state and local tax authorities. They are not intended to benefit or influence any third party, either to obtain debt or equity financing or for any other purpose.

As a result, you agree to indemnify and hold our firm and any of its partners, principals, shareholders, officers, directors, members, employees, agents or assigns harmless with respect to any and all claims arising from the use of the tax returns for any purpose other than filing with the IRS and state and local tax authorities regardless of the nature of the claim, including the negligence of any party.

You agree that you will not and are not entitled to rely on any advice unless your request and our response are provided in writing.

### *Client Responsibilities*

You will provide us with a trial balance and other supporting data needed to prepare your tax returns. It is your obligation to provide us with accurate and complete information, including worldwide income.

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries
March 11, 2016
Page 2

Documentation

You are responsible for maintaining adequate documentation to substantiate the accuracy and completeness of your tax returns. You should retain all documents that provide evidence and support for reported income, credits, and deductions on your returns as required under tax law. You are responsible for the adequacy of all such documents. You represent that you have such documentation and can produce it if needed to respond to any audit or inquiry by taxing authorities. You agree to hold us harmless with respect to any additional taxes, penalties, or interest imposed on you by taxing authorities resulting from the disallowance of tax deductions due to inadequate documentation.

Personal expenses

Unless we are otherwise advised, you are responsible for confirming that personal expenses, if any, are segregated from business expenses and expenses such as meals, travel, entertainment, vehicle use, gifts, and related expenses, are supported by necessary records required by the IRS and other taxing authorities. At your request, we are available to answer your questions and advise you on the types of supporting records required.

Listed transactions and transactions of interest

You acknowledge your responsibility to inform us of any listed transactions or transactions of interest as designated by the IRS. You agree to hold us harmless with respect to any additional taxes, penalties, or interest imposed on you by taxing authorities resulting from your failure to timely notify us, in writing, of all such transactions in order to facilitate the timely preparation and filing of your tax returns.

State and local filing obligations

You are responsible for determining your state or local tax filing obligations with any state or local tax authorities, including, but not limited to, income, franchise, sales, use, property or unclaimed property taxes. You agree that we have no responsibility to research these obligations or to inform you of them.  If, upon review of the information you have provided us and other information that comes to our attention, we believe you may have an obligation to file additional tax returns, we will notify you of this responsibility in writing and ask you to contact us. If you ask us to prepare these returns, we will confirm accordingly in a separate engagement letter and delineate the additional charges for this service.

U.S. filing obligations related to foreign investments

It is your responsibility to inform us if you directly or indirectly hold any interest or signatory authority in any assets located in a foreign country. Based on the information you provide, this information will be used to calculate any applicable foreign tax credits. We will also use this data to inform you of any additional filing requirements, which may include FINCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). Failure to file required forms can result in the imposition of both civil and criminal penalties, which can be significant. These are not tax returns and their preparation is not within the scope of this engagement. If you ask us to prepare these forms, we will confirm this matter in a separate engagement letter and delineate the additional charges for this service.

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries
March 11, 2016
Page 3

As part of your federal income tax return, you are required to report the maximum value of specified foreign financial assets, which include financial accounts with foreign institutions and certain other foreign non-account investment assets that exceed certain thresholds. In some but not all cases, this filing obligation may overlap your FBAR filing obligations. You are responsible for informing us of all foreign investments so we can properly advise you as to your FBAR and income tax return filing obligations.

Foreign filing obligations

You are responsible for complying with any other country's income reporting and tax filing requirements. We have no responsibility to discuss these issues with you. If you have specific questions regarding your tax filing obligations, please contact us to schedule an appointment to discuss your concerns.

Ultimate responsibility

You have final responsibility for your income tax returns. Check them carefully for accuracy and completeness before you sign them.

## *CPA Firm Responsibilities*

Arguable Positions

We will use our judgment to resolve questions in your favor where a tax law is unclear, assuming there is reasonable justification for doing so. Whenever we are aware of conflicting interpretations of the law by authorities, we will explain the possible positions that may be taken on your return. We will follow the position you request, provided it is consistent with our understanding of the current tax code, laws, regulations and their interpretations. If the IRS or state tax authorities later contest the position taken, there may be an assessment of additional tax, interest, and penalties. We assume no liability, and you hereby release us from any such additional tax, interest, and penalties or other fees and assessments.

Bookkeeping assistance

We may deem it necessary to provide you with accounting and bookkeeping assistance solely for the purpose of preparing the income tax returns. We will request your approval before rendering these services. Additional charges will apply for such services.

Management responsibilities

Windes, in its sole professional judgment, reserves the right to refuse to take any action that could be construed as making management decisions or performing management functions on your behalf. However, we may provide advice and recommendations to assist management in performing its functions and making decisions.

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries
March 11, 2016
Page 4

Errors, fraud, or theft

Our engagement does not include any procedures designed to discover errors, fraud, or theft. Therefore, our engagement cannot be relied upon to disclose such matters.

Tax planning services

Our engagement does not include tax planning services, unless otherwise agreed upon.  During the course of preparing the tax returns identified above, we may bring to your attention certain available tax-saving strategies for you to consider as possible means of reducing your income taxes in subsequent tax years. However, we have no responsibility to do so, and will take no action with respect to any such recommendations, as the responsibility for implementation remains with you, the taxpayer.

Government inquiries

This engagement does not include responding to inquiries by any governmental agency or tax authority. If your tax return is selected for examination or audit, you may request we assist you in responding to such inquiry. If you ask us to represent you, we will confirm this in a separate engagement letter and delineate how additional charges for this service will be calculated.

### *Timing of the Engagement*

We expect to begin the preparation of your returns upon receipt of the trial balance and other supporting data agreed to above.

If your return is electronically filed, our services will conclude upon the earlier of the filing and acceptance of your 2015 tax returns by the appropriate taxing authorities or one year from the execution date of this letter. You will be required to verify and sign a completed IRS e-file Signature Authorization form and state equivalent before your returns can be filed electronically. You are responsible for reviewing the accuracy of all tax returns and any accompanying schedules and statements prior to filing.

If your return is filed by mail, our services will be concluded upon the earlier of delivery to you of your 2015 tax returns for your review and filing with the appropriate taxing authorities or one year from the execution date of this letter.

### *Extensions of Time to File Tax Returns*

It may become necessary to apply for an extension of the filing deadline if there are unresolved tax issues or delays in processing, or if we do not receive all of the necessary information from you on a timely basis. Applying for an extension of time to file may extend the time available for a government agency to undertake an audit of your return or may extend the statute of limitations. All taxes owed are due by the original filing due date. Additionally, extensions may affect your liability for penalties and interest or compliance with government or other deadlines.

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries
March 11, 2016
Page 5

We are available to discuss this matter with you at your request at our regular hourly fee if the need arises.

### *Penalties and Interest Charges*

Federal, state, and local taxing authorities impose various penalties and interest charges for non-compliance with tax law, including, for example, failure to file or late filing of tax returns, and underpayment of taxes. You, as the taxpayer, remain responsible for the payment of all taxes, penalties, and interest charges imposed by taxing authorities.

We rely on the accuracy and completeness of the information you provide to us in connection with the preparation of your tax returns. Failure to disclose, or inadequate disclosure of income or tax positions, can result in the imposition of penalties and interest charges.

*The IRS and many states impose penalties for substantial understatement of tax. To avoid the substantial understatement penalty, you must have substantial authority to support the tax treatment of the item challenged by the IRS or adequate disclosure of the item. A completed IRS Form 8275, Disclosure Statement, or 8275-R, Regulation Disclosure Statement, which discloses all relevant facts, may be required to be attached to your tax return to meet the adequate disclosure requirement. A disclosed tax position that meets the reasonable basis standard must have some authority supporting the position and be more than simply arguable.*

*You agree to advise us if you wish to disclose a tax treatment(s) on your return. If you request our assistance in identifying or performing further research to ascertain if there is "substantial authority" for the proposed position to be taken on the tax items in your returns, we would be pleased to discuss providing this additional service to you under the terms of a separate engagement letter. It is your responsibility to contact us if additional assistance is required.*

*Unless an undisclosed tax position meets the substantial authority or "more likely than not" standard, as applicable, we will be unable to prepare the return and will withdraw from the engagement.*

### *Fees and Billings*

Our professional fees for the services outlined above are estimated to be as follows:

| | | |
|---|---|---|
| • | Saybrook Logistics Acquisition, LLC and PTSI | $21,500 |
| • | Port Solutions Holdings, LLC | $3,800 |
| • | TTSI Logistics, Inc. | $3,100 |
| • | Eco Flow Transportation, LLC | $800 |

These fees are based upon the complexity of the work to be performed and our professional time to complete the work. Additionally, this fee depends upon the availability, quality, and completeness of your records. You agree that you will deliver all records requested by our staff to complete this engagement on a timely basis. We will bill you for our professional fees, expenses and out-of-pocket costs as of the date we deliver our work product to you. We may issue invoices to you on an interim basis prior to completion of services. Our invoices are due when you receive them. We reserve the right to suspend or terminate our work from non-payment of fees.

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries
March 11, 2016
Page 6

If Windes is required to respond to legal process seeking your tax-related information, you agree to reimburse us for our professional fees and costs incurred, as well our legal and/or third party vendor fees incurred in such matters.

In the event your records are not submitted in a timely manner, or are incomplete or unusable, we reserve the right to charge additional fees and expenses for services required to correct the problem. If this occurs, we will contact you to discuss the matter and the anticipated delay in completing our engagement prior to rendering further services.

You agree that in the event your payment of tax is not received by the due date of the tax return, we will not be responsible for your failure to meet government and other filing deadlines, for any penalties or interest that may be assessed against you resulting from your failure to meet the deadlines, and for any other damages (including, but not limited to consequential, indirect, lost profits, or punitive damages) incurred by you as a result of the late filing or non-filing of the tax returns.

### *Electronic Data Communication and Storage and Use of Third Party Service Provider*

In the interest of facilitating our services to you, we may send data over the Internet, store electronic data via computer software applications hosted remotely on the Internet, or allow access to data through third-party vendors' secured portals or clouds. Electronic data that is confidential to you may be transmitted or stored using these methods. We may use third-party service providers to store or transmit this data, such as providers of tax return preparation software. In using these data communication and storage methods, our firm employs measures designed to maintain data security. We use reasonable efforts to keep such communications and data access secure in accordance with our obligations under applicable laws and professional standards. We also require all of our third-party vendors to do the same.

You recognize and accept that we have no control over the unauthorized interception or breach of any communications or data once it has been sent or has been subject to unauthorized access, notwithstanding all reasonable security measures employed by us or our third-party vendors. You consent to our use of these electronic devices and applications and submission of confidential client information to third-party service providers during this engagement.

### *Entire Agreement*

This engagement letter, including any attachments, encompasses the entire agreement of the parties and supersedes all previous understandings and agreements between the parties, whether oral or written. Any modification to the terms of this engagement letter must be made in writing and signed by both parties.

### *Termination and Other Terms*

Any claim arising out of this engagement letter shall be commenced within one year of the delivery of the work product to you, regardless of any longer period of time for commencing such claims as may be set by law.

Mr. Sam Joumblat, CFO
Saybrook Logistics Acquisition, LLC & Subsidiaries
March 11, 2016
Page 7

We reserve the right to withdraw from this engagement without rendering services for any reason, including but not limited to, your failure to comply with the terms of this engagement letter, your disagreement with our recommendations regarding tax return filing and reporting obligations, tax return positions to be taken or disclosures to be made in the returns, or our determination that professional standards require our withdrawal for any other reason.

At the completion of our engagement, the original source documents will be returned to you. Workpapers and other documents created by us are our property. Such original workpapers will remain in our control, and copies are not to be distributed without our prior written consent.
If any portion of this engagement letter is deemed invalid or unenforceable, said finding shall not invalidate the remainder of the terms set forth in this engagement letter.

We appreciate the opportunity to be of service to you. Please date and sign the enclosed copy of this engagement letter and return it to us to acknowledge your agreement with its terms. It is our policy to initiate services only after we receive the signed copy of this engagement letter from you.

Very truly yours,

*Windes, Inc.*

WINDES, INC.

APPROVED:

- Saybrook Logistics Acquisition, LLC & Subsidiaries
- Premium Transportation Services, Inc.
- Port Solutions Holdings, LLC
- TTSI Logistics, Inc.
- Eco Flow Transportation, LLC

_____          4/8/16
Sam Joumblat                                                      Date
CFO

**<u>Adams Declaration Exhibit 3</u>**

**<u>Current Directors and Officers</u>**
**Victor LaRosa, CEO, Director**
**Bill Allen, VP, Secretary, and Director**
**Sam Joumblat, CFO and Treasurer**
**Said Al-Alaoui, Assistant Secretary**
**Johnathan Rosenthal, Director**

**<u>Affiliated Company Names</u>**
**Port Solutions Holdings, LLC**
**Saybrook Logistics Acquisition, LLC**
**Port Solutions Partners, LLC**
**TTSI Financing, LLC**
**Eco Flow Transportation, LLC**
**True Lease Inc.**
**TTSI Logistics, Inc.**
**Traffic Sales Consulting, Inc.**
**Port Solutions Operations, LLC**
**West Group Logistics, LLC**
**East Group Logistics, LLC**
**Heavy Load Transfer, LLC**

**<u>Major Vendors and Service Providers</u>**
**Ogletree, Deakins, Nash, Smoak & Stewart P.C.**
**Pasha Stevedoring & Terminals**
**The Claro Group LLC**
**Penske Truck Leasing Co., L.P.**
**TEC of California Inc.**
**Healthnet Inc.**
**Mack Financial Services**
**Premier Trailer Leasing Inc.**
**Empire Transportation**
**Eisner Jaffe Gorry Chapman & Ross**
**Xtra Lease**
**Dion and Sons Inc.**
**Bankcard Services**
**Direct Chassislink**
**Goldberg Kohn Ltd**
**American Express**
**W & S Chassis & Trailer Repair Inc.**
**Crossroads Equipment Lease LLC**
**Mediterranean Shipping**
**Paetec**
**Englander Knabe & Allen**
**Flexi-Van Leasing Inc.**
**Remedy Intelligent Staffing**
**Fast & Easy Communication LLC**

**Yang Ming (America)**
**Trinium Technologies**
**Parkhouse Tire Inc.**
**Apl Ltd**
**Adecco Transportation**
**Garcia Fleet Service**
**Economy Office Supply Co**
**Master Wash Inc.**
**Bobac Cfs Corp**
**Cigna-Conn General Life Ins Co**
**The Trucker**
**Matson Navigation**
**Atm Detailing Services Inc.**
**Os4labor**
**Kleinshmidt Inc.**
**Manuel Rodriguez**
**Cdta**
**Cdw Direct**
**Mercedes Benz Financial**
**Reliable Permit Solutions LLC**
**Dell Marketing LP**
**Transforce, Inc.**
**Transamerica Employee Benefits**
**At&T-0780**
**Eye Med**
**T & I Express Inc. Tl**
**Fleet One - Bridgestone**
**Pinnacle Workforce Solutions**
**Aramark Refreshment Services Inc.**
**Samba Holdings, Inc.**
**Aig - American Int'l Group**
**Modesto's Towing Inc.**
**Transflo Express LLC**
**Megapath**
**Mark-It Services Ltd Co**
**Ca State Disbursement**
**Rjl Insurance Service Inc.**
**Waste Management**
**Fleetpride Inc.**
**Pegasus Transtech/Acs Expedited Sol**
**Ampco Truck Lot**
**Colonial Life**
**Ally**
**Cosco**
**U.S. Healthworks**
**Another Mobile Fleet Service, Inc.**

**California Trucking Association**
**Trac Lease Inc Dba Trac Intermodal**
**Sam Joumblat**
**Nyk Lineinc**
**Marlin Leasing**
**Inland Kenworth (US) Inc.**
**Mid Atlantic Mobile Truck & Trailer Rep**
**Red Wing Brands Of America Inc.**
**Road And Rail Repair Inc.**
**I&O Medical Center**
**A & A Portables Inc.**
**Omnitracs Inc.**
**China Shipping**
**Ready Refresh**
**Ambit Pacific Recycling Inc.**
**United Pet Care, California LLC**
**One Network Enterprises**
**Talent Wise**
**Evergreen Shipping Agency Corp**
**Ron Zullo**
**Advance Fleet Solutions**
**Bush Truck Leasing**
**Courtney Allen**
**Cpl Express Inc.**
**First Choice Logistics & Management Corp**
**Hosting.Com**
**Hrcp II LLC**
**P Fleet**
**Pitney Bowes**
**Primary Logistics Inc.**
**Security Truck Park Inc.**
**T & I Express Inc -Lb**
**Transcore Media- Dat Solutions**

**<u>Taxing Authorities</u>**
**Ca State Board Of Equalization**
**California Air Resources Board**
**City Of Compton**
**DMV**
**Internal Revenue Service (High Use Tax For Tractors)**
**Irp-Highway Tax Service**
**Irs (Highway Use Tax For Tractors)**
**Los Angeles Cty Tax Collector (Prop Tax)**
**New Mexico Taxation & Revenue Dept**
**Oregon Dept Of Transportation**
**Peralta Colleges Foundation**

**Port Of Long Beach**
**Port Of Los Angeles**
**Reliable Permit Solutions Llc**
**Samba Holdings, Inc**
**State Corporation Commission**
**Uniform Intermodal Interchange Agreement**
**US Treasury**

**<u>Court/UST Staff</u>**
**Attix, Lauren**
**Buchbinder, David**
**Carey, Kevin J.**
**Casey, Linda**
**Cox, Natalie**
**Dice, Holly**
**Dortch, Shakima L.**
**Fox, Timothy**
**Gerardi, David**
**Giordano, Diane**
**Green, Christine**
**Gross, Kevin**
**Hackman, Benjamin**
**Heck, Jeffrey**
**Kenney, Mark**
**Leamy, Jane**
**McCollum, Hannah**
**Murray, Tony**
**O'Malley, James R.**
**Panacio, Michael**
**Patton, Tiiara**
**Sarkessian, Juliet**
**Schepacarter, Richard**
**Serrano, Edith**
**Shannon, Brendan L.**
**Silverstein, Laurie S.**
**Sontchi, Christopher S.**
**Starr, Karen**
**Tinker, T. Patrick**
**Vara, Andy**
**Vinson, Ramona**
**Walrath, Mary F.**
**West, Michael**
**Wynn, Dion**

**<u>Litigation Parties</u>**
**Carlos Martinez**

**Oscar Gonzales**
**Israel Lopes**
**Enrique Canisalez**
**Miguel Armenta**
**Mynor Tistoj**
**Carlos Lugo**
**Eduardo Rios**
**Jose Ramirez**
**Alejandro Paz**
**Joel Zuniga**
**Fidel Vasquez**
**Rodrigo Ortega**
**Juan Uribe**
**Freddy Rojas**
**Jose Luis Ramirez**
**Jose Carlos**
**Faviel Alavarenga**
**Alfonso Ventura**
**Leocadio Lopez**
**Juan Umana**
**Santos Garcia Guerra**
**Efrain Guevara**
**Arturo Pena**
**Luis Antonio Garcia**
**Leonel E. Sandoval**
**Faveil C. Alavarena**
**Raul Andrade**
**Daniel Perez**
**Jose Perez**
**Rodolfo Santos**
**Aynalem Moba**

**Utilities**
**Cisco WebEx LLC**
**Megapath**
**Paetec**
**Waste Management**
**AT&T Molibity**
**AT&T**
**Kleinshmidt Inc.**
**Cisco WebEx LLC**
**Megapath**
**Paetec**
**Waste Management**

**<u>Banks</u>**
**California United Bank**
**TTSI Financing, LLC**

**<u>Adams Declaration Exhibit 4</u>**

| | |
|---|---|
| **Affiliated Company Names**<br>**Port Solutions Holdings, LLC**<br>**Saybrook Logistics Acquisition, LLC**<br>**Port Solutions Partners, LLC**<br>**TTSI Financing, LLC**<br>**Eco Flow Transportation, LLC**<br>**True Lease Inc.**<br>**TTSI Logistics, Inc.**<br>**Traffic Sales Consulting, Inc.**<br>**Port Solutions Operations, LLC**<br>**West Group Logistics, LLC**<br>**East Group Logistics, LLC**<br>**Heavy Load Transfer, LLC** | Windes, Inc. provides income tax and financial reporting services to these entities. |

| | |
|---|---|
| **Major Vendors and Service Providers**<br>**Dion and Sons Inc.** | Windes, Inc. provides income tax and financial reporting services for this entity. |

| | |
|---|---|
| **Taxing Authorities**<br>**Port of Los Angeles** | Windes, Inc. has provided consulting services to this entity in relation to certain accounting practices. |

| | |
|---|---|
| **Banks**<br>**TTSI Financing, LLC** | Windes, Inc. provides income tax and financial reporting services to this entity. |